# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00712-CV

**In re Sierra Club**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Relator's petition for writ of injunction is denied. *See* Tex. R. App. P. 52.8(a).

Before Chief Justice Jones, Justices Rose and Goodwin

Filed: December 14, 2012